IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

                Plaintiff,

-vs-                                                  Criminal Action No.
                                                  23-00083-01-CR-W-RK

CHLOE M. DASILVA,

                Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Count I: Interference with a Flight Attendant *in violation of* 49 U.S.C. § 46504

**TRIAL COUNSEL**:
        Government: Joseph Marquez
            Case Agent: FBI Special Agent Jacob Green
        Defense: Lesley Smith, Investigator Kendra Jackson, and a Second Chair

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**:
        Government: None
        Defense: None

**TRIAL WITNESSES**:
        Government: 8 to 10
        Defense: None

**TRIAL EXHIBITS**:
        Government: 0 exhibits
        Defense: possible demonstrative exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (  ) Definitely for trial                (  ) Possibly for trial
        ( x ) Motion to continue to be filed      ( x ) Likely a plea will be worked out

**TRIAL TIME**: **1.5 days**
      Government's case including jury selection: 1 day
      Defense case: .5 day

**STIPULATIONS**:
      (  )    not likely
      ( x )    not appropriate
      (  )    likely as to:
            (  )    chain of custody
            (  )    chemist's reports
            (  )    prior felony conviction
            (  )    interstate nexus of firearm
            (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: April 15, 2024
    Defense: April 15, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**: April 15, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: April 15, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing April 29, 2024
    **Please note**: Defense has a conflict the second week of the April 29, 2024, trial docket on May 9th, as she has three revocation hearings.

**OTHER**:
      (  )    A _____-speaking interpreter is required.
      (  )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                            */s/ Jill A. Morris*
                                            JILL A. MORRIS
                                            United States Magistrate Judge